IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 4:18CR3127 |
| Plaintiff, | |
| vs. | DETENTION ORDER |
| YASMIENE RAEVONNE BLANTON, | |
| Defendant. | |

Defendant was previously released on conditions. A Petition was filed alleging she violated the terms of that release by failing to submit to scheduled drug testing, presenting diluted samples, failing to check in this her supervising officer as scheduled, and failing to obtain a treatment evaluation. A hearing will be held on those allegations.

However, Defendant tested positive for illegal drugs today when she appeared for the initial appearance on the pretrial petition. An amended petition has been filed (Filing No. 36), and based on Defendant's positive drug test and her admissions of drug use, the court finds Defendant cannot be trusted to comply with the conditions of pretrial supervision. As such Defendant's release would pose a risk of harm to the community.

Accordingly,

IT IS ORDERED:

1) A hearing on the allegations in the petition will be held on February 21, 2019 at 2:00 p.m. in Courtroom 2, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Magistrate Judge Cheryl R. Zwart. Defendant, her counsel, and counsel for the government shall attend the hearing.

2) The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. The defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to the United States marshal for a court appearance.

February 14, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge