IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18CR3127 |
| vs. | |
| YASMIENE RAEVONNE BLANTON, | ORDER |
| Defendant. | |

Defendant was previously released on conditions, but she violated the terms of that release by failing to obtain a substance abuse evaluation and treatment despite repeated reminders and encouragement. Following the hearing on her first Petition for violation of pretrial release, Defendant was given a second chance at release subject to supervision by a third-party custodian. Although she did get commence substance abuse treatment, she was terminated from her employment for absences, failed to advise her supervising officer of her lack of ongoing employment, and provided false information to her supervising officer regarding her unauthorized travel outside Lancaster County. Defendant has engaged in a pattern of either blaming others or providing excuses for her misconduct rather than complying with the court's order.

The court therefore finds Defendant cannot be trusted to comply with conditions of pretrial supervision and, as such, Defendant's release would pose a risk of harm to the community and a risk of flight.

Accordingly,

IT IS ORDERED:

The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the

extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. The defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to the United States marshal for a court appearance.

April 26, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge